IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUZ LOOPER,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                             12-cv-393-wmc

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS AUTHORITY,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant University of Wisconsin Hospital and Clinics Authority granting it's motion for summary judgment and dismissing this case.

    /s/                                                    5/12/2015

Peter Oppeneer, Clerk of Court                        Date